# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Casanova Redmond

                        Plaintiff,

v.                                                Case No.: 1:22−cv−06334

                                                Honorable Edmond E. Chang

Upfield US Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 21, the Plaintiff's response to the dismissal motion is due on 04/19/2023. The defense reply is due on 05/03/2023. Discovery remains stayed per the previous request. The tracking status hearing of 03/31/2023 is reset to 07/07/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.